**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**EDNA McMANUS,  et, al,.**

CASE NO: **No:1:07cv00252**

v.

**DISTRICT OF COLUMBIA, et, al,.**
_____

**MOTION FOR LEAVE TO WITHHOLD RESPONSE**
**IN ABEYANCE UNTIL ALL RESPONSES ARE RECEIVED**

  **COMES NOW THE PLAINTIFFS(s)**  EDNA McMANUS; GAYNELL NIXON; SHIRLEY MASSEY; SANDRA  MITCHNER; WILLIAM WORKCUFF; EDWARD CLARK; SLATEL DILLON; AUDREY TUCKER; ARZELLA SMITH; GERALDINE TALLEY HOBBY ; ERWIN DIGGS; JOHN LEWIS; VELERIE JONES  COE; FLETCHER SCOTT; RONALD MINOR and OTIS R. MAHONEY, Sr, by and through their counsel James Quincy Butler, LEAVE TO WITHHOLD RESPONSE IN ABEYANCE UNTIL ALL RESPONSES ARE RECEIVED hereby states as follows:

  The instant case has 14 defendants, who it is anticipated will raise the same or similar dispositive motions in this matter.

  It is anticipated that the dispositive motions will be canned motions making repetitive arguments.

  Due to the complexities associated with responding in an individual fashion to matters that are part of a conspiracy combination and agreement, the foundation of which, has essentially

1

been proven in the New York State courts, it would aide justice to withhold individual responses until such time as all the defendants have responded, so as to plead a cogent response for the court.

Counsel is of the opinion that the Court may desire one response from the plaintiffs in the interest of judicial economy and brevity.

This motion is brought to obtain clarification from the court as to the courts desire regarding response(s) to the dispositive motions in this matter.

Should the court so desire, the plaintiffs will respond within 20 days after the final dispositive motion is filed with the Clerk of the Court or shall respond individually as the court may so order.

**WHEREFORE ALL PREMISES CONSIDERED** the plaintiffs seek clarification for the court as to the matter of responses in this matter.

Dated this 17th day of April, 2007.

By: /s/ JAMES Q. BUTLER
James Q. Butler, Esq. #490014
Butler Law Firm
818 18th Street, Ste. 1010
Washington, D.C.  20006
Telephone: (202) 223-6767