### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA McMANUS,** *et al.*<br><br>        **Plaintiffs,**<br><br>    *v.*<br><br>**DISTRICT OF COLUMBIA,** *et al.*<br><br>        **Defendants.** | **Civil Action No. 1:07cv00252 (CKK)** |

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE PLEAD

Defendant CorVel Healthcare Corporation (CorVel), by and through its undersigned counsel of record, moves for an extension of time to answer or otherwise plead through and including Wednesday, May 23, 2007, and in support thereof states as follows:

1.    The Complaint in this case was served on Defendant CorVel on April 3, 2007. Accordingly, the deadline to answer or otherwise plead is today, April 23, 2007.

2.    Defendant CorVel's counsel has just recently been retained to defend this matter, and needs additional time to investigate adequately the allegations of the 36 page complaint and prepare an appropriate response.

3.    As no scheduling order has yet issued, the requested extension will not unduly delay the progress of this case.

4.    No prior extensions have been requested or granted.

5.    Counsel for Plaintiff, James Q. Butler, Esq., has informed counsel for Defendant CorVel that he has no objection to the requested extension of time.

6.    Accordingly, Defendant CorVel requests a 30 day extension, through and including Wednesday, May 23, 2007, to answer or otherwise plead.

DC:960380v1

WHEREFORE, Defendant CorVel respectfully requests that its consent motion to extend its time to answer or otherwise plead through and including Wednesday, May 23, 2007, be granted. An appropriate Order is attached

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

_____/s/_____
Frank C. Morris, Jr.
Bar No. 211482

_____/s/_____
Brian Steinbach
Bar No. 256727
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
Attorneys for Defendant
CorVel Healthcare Corporation

DATED: April 23, 2007

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Consent Motion to Extend Time to Answer or Otherwise Plead was served this 23rd day of April 23, 2007, by electronic service, on the following:

James Q. Butler, Esq.
Butler Law Firm
818 – 18th Street, Suite 1010
Washington, DC  20006

Attorney for Plaintiffs


Rachel R. Hranitzky
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, D.C. 20001

Attorney for the District of Columbia


_____/s/_____
Brian Steinbach
Bar No. 256727

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**EDNA McMANUS,** *et al.*

      **Plaintiffs,**

    *v.*

**DISTRICT OF COLUMBIA,** *et al.*

      **Defendants.**

**Civil Action No. 1:07cv00252 (CKK)**

## ORDER

AND NOW, this      day of         , 2007, upon consideration of Defendant CorVel Healthcare Corporation's Consent Motion for Extension of Time to Answer or Otherwise Plead, and the entire record herein, it is

ORDERED, that the Consent Motion for Extension of Time to Answer or Otherwise Plead is GRANTED in its entirety, and it is further

ORDERED, that Defendant CorVel Healthcare Corporation has through and including Wednesday, May 23, 2007, to answer or otherwise plead.

Date: _____, 2007    _____
          United States District Judge

DC:961390v1