UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:07CV00252 (CKK) |
| DISTRICT OF COLUMBIA ) GOVERNMENT, et al., ) | |
| Defendants. ) | |

**CONSENT MOTION OF DEFENDANTS WASHINGTON TEACHERS' UNION, LOCAL #6, AMERICAN FEDERATION OF TEACHERS, AFL-CIO AND THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 20, AFL-CIO
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Come now defendants, Washington Teachers Union, Local #6, American Federation of Teachers, AFL-CIO and the American Federation of State, County and Municipal Employees, District Council 20, AFL-CIO (collectively referred to as "Unions") and respectfully request that this Court grant an additional two weeks time for the Unions to respond to the plaintiffs' complaint in the above captioned lawsuit. The Unions' responses are currently due on April 24, 2007.

The Unions have recently informed undersigned counsel of the existence of this lawsuit. The complaint itself is lengthy and includes at least 100 paragraphs of factual allegations. As such, the Unions require additional time to intelligently respond to each of the plaintiffs' allegations.

For this reason, the Unions request that they be permitted two weeks additional time until May 10, 2007, to file their responsive pleading. Counsel for the plaintiffs, James Butler, has

consented to this motion.

April 24, 2007                    Respectfully submitted,

                                  O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                  By: /s/ Brenda C. Zwack
                                      Brenda C. Zwack (D.C. Bar No. 482673)
                                      1300 L Street N.W., Suite 1200
                                      Washington, DC 20005
                                      (202) 898-1707
                                      bzwack@odsalaw.com

                                  *Attorneys for the Washington Teachers Union, Local #6, American Federation of Teachers, AFL-CIO and the American Federation of State, County and Municipal Employees, District Council 20, AFL-CIO*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Consent Motion of the Defendants Washington Teachers Union, Local #6, American Federation of Teachers, AFL-CIO and the American Federation of State, County and Municipal Employees, District Council 20, AFL-CIO for an Extension of Time to Respond to the Complaint and a proposed order were sent through the Court's electronic case filing system to all counsel of record. A copy of the same was sent by First Class Mail, postage prepaid to:

> James Q. Butler
> Butler Law Firm
> 818 18th St. N.W. Suite 1010
> Washington, D.C. 20006

April 24 , 2007                                /s/ Brenda C. Zwack
                                               Brenda C. Zwack

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDNA McMANUS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07CV00252 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Consent Motion of the Defendants Washington Teachers Union, Local #6, American Federation of Teachers, AFL-CIO and the American Federation of State, County and Municipal Employees, District Council 20, AFL-CIO for an Extension of Time to Respond to the Complaint and of the record as a whole, it is this _____ day of _____, 2007, hereby

ORDERED that defendant's motion is GRANTED and that the defendants may have until May 10, 2007, to file their response to plaintiffs' complaint.

_____
United States District Court Judge


Copies to counsel of record.