AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Government
a Municipal Corporation, et al.

Defendants.

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

**JURY ACTION**

TO: (Name and address of Defendant)

Honorable Adrian Fenty                cc: Office of the Attorney General
District of Columbia Government          For the District of Columbia
1350 Pennsylvania Avenue N.W.            444 4th Street N.W.
Washington, D.C.  20004                  6th Floor South
                                         Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 1 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4/3/07 |
| NAME OF SERVER *(PRINT)*  Destiny Price | TITLE | Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _1350 Pennsylvania NW WDC 20004_

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| **STATEMENT OF SERVICE FEES** | | | |
|---|---|---|---|
| TRAVEL  10 ᵒᵒ | SERVICES  35 ᵒᵒ | | TOTAL  45 ᵒᵒ |

**DECLARATION OF SERVER**

 I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/07
　　　　　　　Date

Destiny S. Price
*Signature of Server*

218 18th St NW #630 WDC 20006
*Address of Server*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

V.

**SUMMONS IN A CIVIL CASE**

Corvel Healthcare, et al.

Defendants.

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

**JURY ACTION**

TO: (Name and address of Defendant)

Corvel Healthcare
Prentice Hall Corporation System
1090 Vermont Ave., N.W.  # 430
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 1 2007

CLERK

(By) DEPUTY CLERK                          DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Tony Andelino | Server |

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: 1090 Vermont NW #430 WDC 20005

G ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G ☐ Returned unexecuted: _____

_____

G ☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25 ⁰⁰ | 25 ⁰⁰ | 100 ⁰⁰ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07        _____
              Date          Signature of Server

818 18th ST NW #630 WDC 2006
Address of Server

U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

V.

AFSCME
District Council 20, AFL-CIO, et al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

JURY
ACTI?

TO: (Name and address of Defendant)

AFSCME
District Council 20, AFL-CIO
1724 Kalorama Road, NW  Ste. 200
Washington, DC  20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 1 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |

| NAME OF SERVER *(PRINT)*  Tony Andolino | TITLE  Server |
|---|---|

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:  1724 Kalorama NW #200 WDC 20009

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15 | 45 | 60 ⁰⁰ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/3/07        _____
                 Date              Signature of Server

818  18th St  NW # 630  WDC
                                         2006
Address of Server

U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

Washington Teachers Union, et al.

Defendants.

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

Washington Teachers Union
1717 K Street, N.W.  Ste. 902
Washington, DC  20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

FEB - 1 2007

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |
| NAME OF SERVER *(PRINT)* Tony Andolino | TITLE Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 1717 K St #902 WDC 20036

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 | 35 | 45 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/07
_____
Date

_____
Signature of Server

318 18th St NW #630 WDC 20006
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

V.

CMI/ Segwick, et al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

CMI/ Segwick
1212 New York Ave., N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W. Ste. 1010
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 1 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  Tony Andolino | Server |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant. Place where served:  1212 NewYork Ave NW   WDC 20005

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

**G**  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25 | 75 | 100 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07     _____
          *Date*        *Signature of Server*

          78 18th St NW #630 WDC 20005
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

V.

Concentra Incorporated, et al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

Concentra Incorporated
Corporation Service Company
1090 Vermont Ave., N.W.  #430
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

FEB - 1 2007

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4/3/07 |
| NAME OF SERVER *(PRINT)*  Tony Andolino | TITLE  Server. |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:   1090 Vermont #430 WDC 20005

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  25⁰⁰ | SERVICES  75⁰⁰ | TOTAL  100 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07
_____
                  Date                          Signature of Server

718 18th St NW #630 WDC 20006
_____
          Address of Server

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

v.

**SUMMONS IN A CIVIL CASE**

District of Columbia Government
a Municipal Corporation, et al.

Defendants.

CASE NUMBER   1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

Honorable Adrian Fenty
District of Columbia Government
1350 Pennsylvania Avenue N.W.
Washington, D.C.  20004

cc: Office of the Attorney General
For the District of Columbia
444 4th Street N.W.
6th Floor South
Washington, D.C.  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

BY DEPUTY CLERK

FEB - 1 2007

DATE

J (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |
| NAME OF SERVER *(PRINT)* Destiny Price | TITLE Server |

Check one box below to indicate appropriate method of service

G   Served personally upon the defendant. Place where served: _444 4th St NW WDC 2000)_

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 00 | 35 00 | 45 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07
            Date

_Destiny S. Price_
Signature of Server

_898 18th St NW #630 WDC 20006_
Address of Server

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
APR 9 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

V.

DC Department of Corrections/
Fraternal Order of Police(DOC/FOP), et al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

DOC/FOP
DC Department of Correction/ Fraternal Order of Police
711 4th Street, N.W.
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 1 2007

_____          _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Destiny Price | Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:  711 4th St NW WDC 2001

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 00 | 35 00 | 45 00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/07          Destiny S Price
        *Date*          *Signature of Server*

        818 18th St #630 WDC 20006
        *Address of Server*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APR 2 3 2007

RECEIVED

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

American Federation of
Governmental Employees, et al.

Defendants.

CASE NUMBER  1:07CV00252

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

TO: (Name and address of Defendant)

American Federation of Governmental Employees
80 F Street N.W.
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 1 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/3/07 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  Tony Andolino | Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:  80 F St   NW   WDC   2001

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15 | 45 | 60 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07
          _____         _____
               Date                          Signature of Server

718 18th St NW #630 WDC 20006
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

AON Risk Services Incorporated, et al.

CASE NUMBER  1:07CV00252

Defendants.

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 02/01/2007

**JURY ACTION**

TO: (Name and address of Defendant)

AON Risk Services Incorporated
1120 20th St., NW  Ste. 600
Washington, D.C/ 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 1 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4/3/07 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

NAME OF SERVER *(PRINT)* Tony Andolino   TITLE Server.

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 1120 20th st NW WDC 20036

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 25ºº | SERVICES 75ºº | TOTAL 100ºº |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/3/07
_____ Date        _____ Signature of Server

218 19th st NW # 630 WDC 2006
*Address of Server*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
APR 2 3 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edna McManus, et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

International Brotherhood of Teamsters
Local Union No. 639, et al.

CASE NUMBER  1:07CV00252

Defendants.

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination  **JURY**

DATE STAMP: 02/01/2007 **ACTION**

TO: (Name and address of Defendant)

International Brotherhood of Teamsters
Local Union No. 639
3100 Ames Pl. N.E
Washington, DC  20018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th St. N.W.  Ste. 1010
Washington, DC  20006

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

**FEB - 1 2007**

CLERK

DATE

(By) DEPUTY CLERK

Ellipsis

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/3/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Tony Andolino | TITLE Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:   3100 AMES PL NE   WDC 20018

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL 35 | SERVICES 75 00 | TOTAL 110 00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/07
_____          _____
Date                                              *Signature of Server*

718  18th ST NW #630  WDC 20006
_____
*Address of Server*

U.S. DISTRICT COURT.
NANCY MAYER WHITTINGTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

APR 2 3 2007

RECEIVED