## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**McMANUS,** *et al.,*

                                                Plaintiffs,

        - vs -                               Case No.: 07-00252 (CKK)

**DISTRICT OF COLUMBIA,** *et al.***,**

                                                Defendant..

### NOTICE OF APPEARANCE FOR DEFENDANTS
### UNUM GROUP AND GENEX SERVICES, INC.

It is respectfully requested that the Clerk of the Court note and enter the appearance of John W. Bramlette of the law firm of Nixon Peabody LLP, 401 Ninth Street, N.W., Suite 900, Washington, D.C. 20004, as counsel for Defendants Unum Group ("Unum") and Genex Services, Inc. ("Genex"), in the above-captioned action.

Dated: May 8, 2007                          Respectfully submitted,

                                                    _____/s/_____
                                                    John W. Bramlette (Bar No. 499362)
                                                    NIXON PEABODY LLP
                                                    401 Ninth Street, N.W., Suite 900
                                                   Washington D.C. 20004
                                                   (202) 585-8198 (phone)
                                                   (202) 585-8080 (facsimile)
                                                   jbramlette@nixonpeabody.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2007, I caused a copy of the foregoing Entry of Appearance to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

| | |
|---|---|
| James Q. Butler<br>Butler Law Firm<br>818 18th Street, N.W.<br>Washington D.C. 20006<br><br>*Counsel for Plaintiffs* | Rachel Hranitsky<br>OFFICE OF ATTORNEY GENERAL<br>441 Fourth Street, NW, 6th Floor North<br>Washington, DC 20001<br><br>*Counsel for Defendant District of Columbia* |
| Brenda Zwack<br>O'Donnell Schwartz & Anderson<br>1300 L Street, N.W., Suite 1200<br>Washington, D.C. 20005<br><br>*Counsel for Defendants AFSCME<br>and Washington Teachers Union* | Andres M. Grajales<br>Am. Federation of Government Employees<br>80 F Street, N.W., 10th Floor<br>Washington D.C. 20001<br><br>*Counsel for Defendant American Federation<br>of Government Employees* |
| Franklin C. Morris, Jr.<br>Epstein, Becker and Green, P.C.<br>1227 25th Street, N.W. Suite 700<br>Washington D.C. 20037<br><br>*Counsel for Defendant<br>Corvel Healthcare* | International Brotherhood of Teamsters<br>Local Union No. 639<br>3100 Ames Pl. NE<br>Washington D.C. 20018<br><br>CLW/CDM |

I hereby further certify that on this 8th day of May, 2007, I caused the following parties, for whom no attorney has yet entered an appearance, to be served the same materials via first-class mail:

| | |
|---|---|
| DOC/FOP<br>DC Department of Corrections/<br>Fraternal Order of Police<br>711 4th Street, NW<br>Washington D.C. 20001 | Concentra Incorporated<br>Corporation Service Company<br>1090 Vermont Ave., NW<br>Washington D.C. 20005 |

10561899.1

| | |
|---|---|
| Aon Risk Services Incorporated<br>1120 20th Street, NW.<br>Suite 600<br>Washington D.C. 20036 | CMI/SEGWICK<br>1212 New York Ave.<br>Washington D.C. 20005 |
| Robert A. Smith, MD, PC<br>4701 Randolph Rd.<br>Suite 209B<br>Rockville, MD 20852 | CLW/CDM<br>4720-F-Boston Way<br>Lanham, MD 20746 |

            _____/s/_____
               John W. Bramlette

W296719.1