# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA McMANUS**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-CV-00252 (CKK) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**Oral Hearing Requested**

**DEFENDANTS UNUM GROUP AND GENEX SERVICES, INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

NOW COME Defendants Unum Group ("Unum") and Genex Services, Inc. ("Genex"), and move, pursuant to Fed. R. Civ. P. 12 (b)(1) and 12(b)(6), to dismiss the entire Complaint filed against them. This Court does not have jurisdiction to adjudicate Plaintiffs' claims, and even if it did, Plaintiffs' complaint ("Complaint") fails to state any claim against either Unum or Genex upon which relief can be granted.

In further support of this motion, Defendants Unum and Genex respectfully refer the Court to their attached Memorandum of Points and Authorities in Support hereof.

Dated: May 8, 2007                                Respectfully submitted,

_____/s/_____
John W. Bramlette (Bar No. 499362)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004
(202) 585-8198 (phone)
(202) 585-8080 (facsimile)
jbramlette@nixonpeabody.com

*Of Counsel:*

William J. Kayatta, Jr.
Gavin G. McCarthy
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100 (phone)
(207) 791-1350 (facsimile)
gmccarthy@pierceatwood.com

**Counsel for Defendants Unum Group and Genex Services, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2007, I caused a copy of the foregoing Defendants Unum Group and Genex Services, Inc's Motion to Dismiss Plaintiffs' Complaint to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

James Q. Butler
Butler Law Firm
818 18th Street, N.W.
Washington D.C. 20006

*Counsel for Plaintiffs*

Brenda Zwack
O'Donnell Schwartz & Anderson
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

*Counsel for Defendants AFSCME
and Washington Teachers Union*

Franklin C. Morris, Jr.
Epstein, Becker and Green, P.C.
1227 25th Street, N.W. Suite 700
Washington D.C. 20037

*Counsel for Defendant
Corvel Healthcare*

Rachel Hranitsky
OFFICE OF ATTORNEY GENERAL
441 Fourth Street, NW, 6th Floor North
Washington, DC 20001

*Counsel for Defendant District of Columbia*

Andres M. Grajales
Am. Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington D.C. 20001

*Counsel for Defendant American Federation
of Government Employees*

International Brotherhood of Teamsters
Local Union No. 639
3100 Ames Pl. NE
Washington D.C. 20018

I further certify on this 8th day of May, 2007, that I caused following parties, for whom no attorney has yet entered an appearance, to be served with the same materials via first class mail:

DOC/FOP
DC Department of Corrections/
Fraternal Order of Police
711 4th Street, NW
Washington D.C. 20001

Concentra Incorporated
Corporation Service Company
1090 Vermont Ave., NW
Washington D.C. 20005

Aon Risk Services Incorporated
1120 20th Street, NW.
Suite 600
Washington D.C. 20036

CMI/SEGWICK
1212 New York Ave.
Washington D.C. 20005

Robert A. Smith, MD, PC
4701 Randolph Rd.
Suite 209B
Rockville, MD 20852

CLW/CDM
4720-F-Boston Way
Lanham, MD 20746

                                                  /s/
                                     John W. Bramlette

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA McMANUS**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-CV-00252 (CKK) |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendants Unum Group and Genex Services, Inc.'s motion to dismiss Plaintiffs' complaint, and in consideration of entire record herein, it is this ____ day of ____ 2007, hereby

ORDERED, that the motion is granted in its entirety; and it is further

ORDERED, that the claims included in Plaintiffs' complaint against Defendants Unum Group and Genex Services, Inc. be dismissed with prejudice; and it is further

ORDERED, that Defendants Unum Group and Genex Services, Inc. are under no further obligation to reply or otherwise respond to Plaintiffs' Complaint in the above-captioned litigation.

_____
Judge Colleen Kollar-Kotelly

Copies to:

John W. Bramlette
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004
jbramlette@nixonpeabody.com

Franklin C. Morris, Jr.
Epstein, Becker and Green, P.C.
1227 25th Street, N.W. Suite 700
Washington D.C. 20037

*Counsel for Defendant
Corvel Healthcare*

Gavin G. McCarthy
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
gmccarthy@pierceatwood.com

James Q. Butler
Butler Law Firm
818 18th Street, N.W.
Washington D.C. 20006

*Counsel for Defendants Unum Group
and Genex Services, Inc.*

*Counsel for Plaintiffs*

Brenda Zwack
O'Donnell Schwartz & Anderson
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

Rachel Hranitsky
OFFICE OF ATTORNEY GENERAL
441 Fourth Street, NW, 6th Floor North
Washington, DC 20001

*Counsel for Defendants AFSCME
and Washington Teachers Union*

*Counsel for Defendant District of Columbia*

Andres M. Grajales
Am. Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington D.C. 20001

International Brotherhood of Teamsters
Local Union No. 639
3100 Ames Pl. NE
Washington D.C. 20018

*Counsel for Defendant American Federation
of Government Employees*

DOC/FOP
DC Department of Corrections/
Fraternal Order of Police
711 4th Street, NW
Washington D.C. 20001

Concentra Incorporated
Corporation Service Company
1090 Vermont Ave., NW
Washington D.C. 20005

Aon Risk Services Incorporated
1120 20th Street, NW.
Suite 600
Washington D.C. 20036

CMI/SEGWICK
1212 New York Ave.
Washington D.C. 20005

Robert A. Smith, MD, PC
4701 Randolph Rd.
Suite 209B
Rockville, MD 20852

CLW/CDM
4720-F-Boston Way
Lanham, MD 20746