IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **EDNA McMANUS,** *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | **Civil Action No.: 07-252-CKK** |
| | | **Judge Colleen Kollar-Kotelly** |
| **DISTRICT OF COLUMBIA GOVERNMENT,** *et al.* | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

The Defendant, CMI/Sedgwick ("Defendant" or "CMI/Sedgwick"),[1] by its attorneys, Thomas V. McCarron and Semmes, Bowen & Semmes, moves for an extension of time to answer or otherwise plead through and including Friday, June 1, 2007, and in support thereof, states as follows:

1.  The Complaint in this case was received by Defendant on April 3, 2007. Accordingly, the deadline to answer or otherwise plead was April 23, 2007, assuming proper service.

2.  Defendant's counsel has just recently been retained to defend this matter, and needs additional time to investigate adequately the allegations of the 36 page Complaint and prepare an appropriate response.

3.  As no Scheduling Order has yet been issued, the requested extension will not unduly delay the progress of this case.

4.  No prior extensions have been requested or granted.

5.  Counsel for Plaintiff, James Q. Butler, Esquire, has informed counsel for

---

[1] Defendant was improperly identified in the Complaint as "CMI/Segwick."

Defendant that he has no objection to the requested extension of time.

6. Accordingly, Defendant, CMI/Sedgwick, requests an extension, through and including Friday, June 1, 2007, to answer or otherwise plead.

WHEREFORE, Defendant, CMI/Sedgwick, respectfully requests that its Consent Motion For Extension of Time To Answer or Otherwise Plead, through and including Friday, June 1, 2007, be granted.

Respectfully submitted,

/s/   Thomas V. McCarron
Thomas V. McCarron, Bar No. 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

*Attorneys for Defendant, CMI/Sedgwick*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007, a copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead and proposed Order were served, via e-filing, on:

James Q. Butler, Esquire
Butler Legal Group, PLLP
818 18th Street, N.W., Suite 1010
Washington, D.C. 20006
Attorneys for Plaintiffs

Martha J. Mullen, Esquire
Office of Corporation Counsel
441 Fourth Street, N.W.
Sixth Floor South

Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Rachel R. Hranitzky, Esquire
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Brenda Catherine Zwack, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
Attorneys for Defendants, AFSCME, District Council 20, AFL-CIO and Washington Teachers Union

Andres M. Grajales, Esquire
American Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington, D.C. 20001
Attorneys for Defendant, American Federation of Government Employees

Frank Charles Morris, Jr., Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Attorneys for Defendant, Corvel Healthcare

Brian Wayne Steinbach, Esquire
Epstein, Becker & Green, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Attorneys for Defendant, Corvel Healthcare

Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Rachel R. Hranitzky, Esquire
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Brenda Catherine Zwack, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
Attorneys for Defendants, AFSCME, District Council 20, AFL-CIO and Washington Teachers Union

Andres M. Grajales, Esquire
American Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington, D.C. 20001
Attorneys for Defendant, American Federation of Government Employees

Frank Charles Morris, Jr., Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Attorneys for Defendant, Corvel Healthcare

Brian Wayne Steinbach, Esquire
Epstein, Becker & Green, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Attorneys for Defendant, Corvel Healthcare

John W. Bramlette, Esquire
Nixon Peabody, LLP
401 North Street, N.W., Suite 900
Washington, D.C. 20004
Attorneys for Defendants, Genex Services Incorporated Sudsidiary of UNUM Provident and UNUM Group a/k/a UNUM Provident Insurance Company


                                                          ____/s/__*Thomas V. McCarron*_____
                                                          Thomas V. McCarron


B0708730.WPD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **EDNA McMANUS,** *et al.* | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No.: 07-252-CKK |
| | *   Judge Colleen Kollar-Kotelly |
| **DISTRICT OF COLUMBIA GOVERNMENT,** *et al.* | * |
| | * |
| **Defendants** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant CMI/Sedgwick's Consent Motion for Extension of Time to Answer or Otherwise Plead, and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the Consent Motion for Extension of Time to Answer or Otherwise Plead be and hereby is GRANTED in its entirety, and it is further,

**ORDERED**, that Defendant, CMI/Sedgwick, has through and including Friday, June 1, 2007, to answer or otherwise plead.

_____
JUDGE, United States District Court for the
District of Columbia

B0708730.WPD