UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-252 (CKK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AON RISK SERVICES, INC.
## OF WASHINGTON, D.C.'S MOTION TO DISMISS

Defendant Aon Risk Services, Inc. of Washington, D.C. moves to dismiss the above-captioned action. The grounds for the motion are fully set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

/ s /
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant
Aon Risk Services, Inc.
of Washington, D.C.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDNA McMANUS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-252 (CKK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AON RISK SERVICES, INC. OF
WASHINGTON, D.C.'s MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**INTRODUCTION**

The motions to dismiss previously filed by defendants District of Columbia and American Federation of Government Employees ("AFGE") have set forth the nature of the complaint and its various claims, and defendant Aon Risk Services, Inc. of Washington, D.C.[1] ("Aon") will not burden the Court with another, similar recitation. Aon would, however, ask the Court to note the following:

- Aon, a provider of insurance-related services, has a contract with the District of Columbia to provide such services. Although plaintiffs have attached that contract as an exhibit to the complaint, plaintiffs never reference the contract in any of their allegations.

- Aon is apparently a defendant in only four of the eight counts of the complaint.

- Those four counts include:

---

[1] The complaint mistakenly refers to "Aon Risk Services, Inc."

- Breach of Employment Contract (Count 1) -- Plaintiffs do not allege that Aon is a party to the contract in issue, which includes a "Collective Bargaining Agreement between the City and the Unions." Complaint ¶ 57.

- Breach of Bargaining Agreement (Count 2) -- Plaintiffs do not allege that Aon is a party to the collective bargaining agreement in issue. *Id*. ¶¶ 61-63.

- Declaratory Judgment Action (Count 5) -- Without any allegation as to what conduct Aon purportedly engaged in, plaintiffs only state that Aon and the other defendants "are engaging in criminal and civil wrongdoing" that amounts to a "conspiracy." *Id*. ¶¶ 13, 78.

- Request for Injunctive Relief (Count 6) -- This "claim" is in the nature of a remedy, not a substantive claim. *Id*. ¶¶ 81-85.

In sum, the complaint does not satisfy even the most basic of the pleading requirements set forth in the Federal Rules of Civil Procedure: to provide a defendant with a "a short and plain statement" of a plaintiff's claim that constitutes fair notice to a defendant. The complaint is deficient for this and the other reasons set forth below, and should be dismissed.

## ARGUMENT

### I. THE D.C. COMPREHENSIVE MERIT PERSONNEL ACT PREEMPTS THIS COURT'S JURISDICTION.

As set forth in AFGE's motion to dismiss and supporting memorandum, the District of Columbia Comprehensive Merit Personnel Act preempts this Court's jurisdiction, and Rule 12(b)(1) requires dismissal. Aon incorporates AFGE's argument (pp. 6-13) by reference.

### II. THE COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

As set forth in the motions and supporting memoranda filed by the District of Columbia and AFGE, the complaint (1) fails to state a claim upon which relief can be granted under Rule 12(b)(1) and 12(b)(6); (2) violates the pleading requirements of Rules 8 and 9; and (3) as a result,

the complaint should be dismissed. Aon incorporates these arguments by reference (pp. 13-17 of AFGE's memorandum and pp. 3-4 of the District's memorandum).

## CONCLUSION

For all the foregoing reasons, the complaint against Aon should be dismissed with prejudice.

Respectfully submitted,

/ s /
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*
*Aon Risk Services, Inc.*
*of Washington, D.C.*

**CERTIFICATE OF SERVICE**

I certify that Defendant Aon Risk Services, Inc. of Washington, D.C.'s Motion to Dismiss and Memorandum in Support was served this 14th day of May, 2007, via the Court's electronic case filing system, on:

>James Q. Butler
>Butler Law Firm
>818 18th Street, N.W., Suite 1010
>Washington, D.C. 20006
>
>Rachel R. Hranitzky
>Assistant Attorney General
>441 4th Street, N.W., 6th Floor North
>Washington, D.C. 20001
>
>Andres M. Grajales
>Staff Counsel, AFGE
>80 F Street, N.W.
>Washington, D.C. 20001
>
>Frank C. Morris, Jr.
>Esptein Becker & Green, P.C.
>1227 25th Street, N.W.
>Washington, D.C. 20037
>
>Brenda C. Zwack
>O'Donnell, Schwartz & Anderson, P.C.
>1300 L Street, N.W., Suite 1200
>Washington, D.C. 20005

In addition, a copy of the same was served by first-class mail on:

>Int'l Brotherhood of Teamsters Local Union No. 639
>3100 Ames Place, N.E.
>Washington, D.C. 20018
>
>DOC/FOP
>711 4th Street, N.W.
>Washington, D.C. 20001

Concerta, Inc.
Corporation Service Company
1090 Vermont Avenue,. N.W.
Washington, D.C.  20005

CLW/CDM
4720-F-Boston Way
Lanham, MD  20706

CMI/Segwick
1212 New York Avenue, N.W.
Washington, D.C.  20005

Genex Services, Inc.
6810 Deerpath Road, Suite 401
Elkridge, MD  21075

Unum Group
1 Fountain Square
Chattanooga, TN  37402

Robert Smith, MD
4701 Randolph Road, Suite 209B
Rockville, MD  20852

/ s /
Charles B. Wayne