UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, *et al.*,<br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:07CV00252 (CKK)<br>)<br>)<br>)<br>) |

PRAECIPE OF APPEARANCE

Would the Clerk of the Court kindly enter the appearance of the undersigned on behalf of defendant CLW/CDM. Thank you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Laura E. Jordan
　　　　　　　　　　　　　　　　　　　Laura E. Jordan, D.C. Bar No. 416707
　　　　　　　　　　　　　　　　　　　Law Offices of Laura E. Jordan, P.C.
　　　　　　　　　　　　　　　　　　　4702 Wisconsin Ave., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20016
　　　　　　　　　　　　　　　　　　　202-244-4600
　　　　　　　　　　　　　　　　　　　facsimile: 202-244-4657
　　　　　　　　　　　　　　　　　　　counsel@JordansLaw.com


Certificate of Service

　　　I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF system this June 8, 2007.


　　/s/ Laura E. Jordan
Laura E. Jordan