IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>          Defendants. | CIVIL ACTION NO. 1:07 CV 00252 (CKK) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Alison N. Davis of Ford & Harrison LLP in this case as counsel for Concentra Incorporated. By entry of this appearance, Concentra does not waive any objection or defense, in law or fact, to any claims set forth in this case, including but not limited to: (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person, (3) insufficiency of process, (4) insufficiency of service of process, and (5) failure to state a claim.

Dated: June 15, 2007                     Respectfully submitted,


                                         By:/s/ Alison N. Davis
                                             Alison N. Davis
                                             D.C. Bar No. 429700

                                         FORD & HARRISON LLP
                                         1300 19th Street, N.W., Suite 700
                                         Washington, DC  20036
                                         (202) 719-2000
                                         (202) 719-2077 (Fax)
                                         adavis@fordharrison.com

                                         Attorneys for Concentra Incorporated

DC:66737.1