UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | Docket No. 1:07-cv-00252 |

**OPPOSITION TO PLAINTIFFS' MOTION TO AMEND BY DEFENDANTS UNUM GROUP AND GENEX SERVICES, INC.**

NOW COME Defendants Unum Group ("Unum") and Genex Services, Inc. ("Genex"), and oppose Plaintiffs' Motion to Amend because it would be futile.

In further support of this Opposition, Defendants Unum and Genex respectfully refer the Court to their attached Memorandum of Points and Authorities in Support thereof.

2

Dated: June 21, 2007                    Respectfully submitted,


                    /s/
John W. Bramlette, Esq. (Bar. No. 499362)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
(202) 585-8198 (phone)
(202) 585-8080 (facsimile)
jbramlette@nixonpeabody.com

*Of Counsel*

William J. Kayatta, Jr.
Gavin G. McCarthy
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

***Counsel for Defendants Unum Group and Genex Services, Inc.***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*

    Defendants.

Docket No. 1:07-cv-00252

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE OPPOSITION TO PLAINTIFFS' MOTION TO AMEND BY DEFENDANTS UNUM GROUP AND GENEX SERVICES, INC.

NOW COME Defendants Unum Group ("Unum") and Genex Services, Inc. ("Genex"), and oppose Plaintiffs' Motion to Amend because it would be futile.

On May 8, 2007, Genex and Unum filed a motion to dismiss Plaintiffs' Complaint on the basis that the Court does not have jurisdiction over this action because Plaintiffs entirely failed to plead any connection between themselves and either Unum or Genex. (Defendants Unum Group and Genex Services, Inc.'s Motion to Dismiss Plaintiffs' Complaint.) Plaintiffs did not oppose Unum's and Genex's motion. Instead, they have sought leave to amend their complaint to, in their words, "provide the dates, etc. that Defendants [sic] is [sic] lacking [sic] certain degree of specificity." (Plaintiffs' Motion to Amend Complaint.)

Allowing this proposed amendment would be futile. The Complaint was not deficient because it did not say precisely when Plaintiffs' workers' compensation claims were denied. Rather, the problem was that the Complaint failed to allege anything that Unum or Genex did that caused any harm to Plaintiffs. The Amended Complaint is deficient in precisely the same

1

way, as all Plaintiffs have done is add details regarding the nature of their workers' compensation claims without pleading any connection at all between Unum or Genex and Plaintiffs. (*Compare* Comp. at ¶¶ 2-17 *with* Am. Comp. at ¶¶ 2-17.) Because the Amended Complaint would have to be dismissed for lack of Article III standing, (*see* Memorandum of Points and Authorities in Support of Defendants Unum Group and Genex Services, Inc.'s Motion to Dismiss Plaintiff's Complaint), Plaintiffs' Motion to Amend should be denied. *See Nat'l Wrestling Coaches Assoc. v. Dep't of Educ.*, 366 F.3d 930, 945 (D.C. Cir. 2004) ("Because the proposed pleading would not survive a motion to dismiss for lack of standing, the District Court did not abuse its discretion in denying as futile appellants' motion for leave to amend their complaint.").

3

Dated: June 21, 2007                              Respectfully submitted,


                                                  _____/s/_____
                                                  John W. Bramlette, Esq. (Bar. No. 499362)
                                                  NIXON PEABODY LLP
                                                  401 Ninth Street, N.W., Suite 900
                                                  Washington D.C.  20004-2128
                                                  (202) 585-8198 (phone)
                                                  (202) 585-8080 (facsimile)
                                                  jbramlette@nixonpeabody.com

                                                  *Of Counsel*

                                                  William J. Kayatta, Jr.
                                                  Gavin G. McCarthy
                                                  Pierce Atwood LLP
                                                  One Monument Square
                                                  Portland, ME 04101
                                                  (207) 791-1100

                                                  **Counsel for Defendants Unum Group
                                                  and Genex Services, Inc.**

3

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2007, a copy of the foregoing Opposition to Plaintiffs' Motion to Amend by Defendants Unum Group and Genex Services, Inc. was sent through the court's electronic filing system to:

> James Quincy Butler
> jqbutler@hotmail.com
>
> Andres M. Grajales
> agrajales@afge.org
>
> Rachel R. Hranitzky
> Rachel.hranitzky@dc.gov
>
> Thomas V. McCarron
> tmccarron@semmes.com; jjoseph@semmes.com
>
> Frank Charles Morris, Jr.
> Fmorris@ebglaw.com
>
> Martha J. Mullen
> martha.mullen@dc.gov; richard.love@dc.gov
>
> Brian Wayne Steinbach
> bsteinbach@ebglaw.com
>
> Charles B. Wayne
> charles.wayne@dlapiper.com
>
> Brenda C. Zwack
> bzwack@odsalaw.com

June 21, 2007

_____/s/_____
John W. Bramlette, Esq.