IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

EDNA McMANUS, *et al.*     *

      Plaintiffs     *

v.     *     Civil Action No.: 07-252-CKK
                                  Judge Colleen Kollar-Kotelly
DISTRICT OF COLUMBIA     *
GOVERNMENT, *et al.*
                                 *

      Defendants
*   *   *   *   *   *   *   *   *   *   *   *   *

### DEFENDANT CMI/SEDGWICK'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT OR, ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

The Defendant, CMI/Sedgwick ("Defendant" or "Sedgwick"),[1] by its attorneys, Thomas V. McCarron and Semmes, Bowen & Semmes, pursuant to Rule 4(h) of the Federal Rules of Civil Procedure, hereby files this Opposition to Plaintiffs' Motion to Amend Complaint or, Alternatively, Motion to Dismiss Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief, and with good cause states:

1. On or about February 1, 2007, an action was filed by Plaintiffs, Edna McManus, Gaynell Nixon, Shirley Massey, Sandra Mitchner, William Workcuff, Edward Clark, Slatel Dillon, Audrey Tucker, Arzella Smith, Geraldine Tally Hobby, Erwin Diggs, John Lewis, Velerie Jones Coe, Fletcher Scott, Ronald Minor and Otis R. Mahoney, Sr. (collectively referred to herein as "Plaintiffs"), against Defendant CMI/Segwick, and 13 other

---

[1] Just as in Plaintiffs' original Complaint, Defendant was again improperly identified in the Amended Complaint With Request for Injunctive & Declaratory Relief as "CMI/Segwick." The proper name is CMI Octagon "A Sedgwick CMS Company."

Defendants seeking, *inter alia*, injunctive and declaratory relief arising out of alleged conspiracy and discrimination.

2. On May 29, 2007, Sedgwick filed a Motion to Dismiss on the following grounds: (1) this Court lacks subject matter jurisdiction in light of the District of Columbia Comprehensive Merit Personnel Act, D.C. Code Ann. §§ 1-601.01 *et seq.*; (2) Plaintiffs' Complaint fails to state a claim upon which relief may be granted under Fed.R.Civ.P. 12(b)(6); (3) the Summons and Complaint were not properly served upon Sedgwick under Fed.R.Civ.P. 12(b)(5); and (4) the Complaint fails, under Fed.R.Civ.P. 8, to provide a short and plain statement of the claim, and is not concise and direct with regard to the allegations against Sedgwick.

3. On June 11, 2007, without replying to Sedgwick's Motion to Dismiss, Plaintiffs filed a Motion to Amend Complaint, attaching to it an Amended Complaint With Request for Injunctive & Declaratory Relief.

4. Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief fails to cure any of the defects raised in Sedgwick's previously file Motion to Dismiss.

5. In fact, other than providing additional information concerning several of the Plaintiffs (without even providing any new references to Sedgwick), the Amended Complaint is *exactly the same* as the original Complaint – the eight (8) substantive Counts set forth in the Amended Complaint are completely unchanged.

6. Sedgwick incorporates the attached Memorandum in Support of its Opposition to Plaintiffs' Motion to Amend Complaint or, Alternatively, Motion to Dismiss Plaintiffs' Amended Complaint as if fully stated herein.

WHEREFORE, Defendant, Sedgwick, respectfully requests that this Honorable Court deny Plaintiffs' Motion to Amend Complaint as to Sedgwick or, alternatively, grant its Motion to Dismiss Plaintiffs' Amended Complaint and dismiss Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief against it, with prejudice.

Respectfully submitted,

/s/
Thomas V. McCarron, Bar No. 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

*Attorneys for Defendant*
*CMI Octagon "A Sedgwick CMS Company"*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2007, a copy of the foregoing Opposition to Plaintiffs' Motion to Amend Complaint or, Alternatively, Motion to Dismiss Plaintiffs' Amended Complaint, Memorandum in Support thereof, and proposed Orders were served, via e-filing, on:

James Q. Butler, Esquire
Butler Legal Group, PLLP
818 18th Street, N.W.
Suite 1010
Washington, D.C. 20006
Attorneys for Plaintiffs

Martha J. Mullen, Esquire
Office of Corporation Counsel
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Rachel R. Hranitzky, Esquire
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001
Attorney for Defendant, District of Columbia Government

Brenda Catherine Zwack, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W.
Suite 1200
Washington, D.C. 20005
Attorneys for Defendants, AFSCME, District Council 20, AFL-CIO and Washington Teachers Union

Andres M. Grajales, Esquire
American Federation of Government Employees
80 F Street, N.W.
10th Floor
Washington, D.C. 20001
Attorneys for Defendant, American Federation of Government Employees

Frank Charles Morris, Jr., Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
Attorneys for Defendant, Corvel Healthcare

Brian Wayne Steinbach, Esquire
Epstein, Becker & Green, P.C.
150 North Michigan Avenue
35th Floor
Chicago, Illinois 60601
Attorneys for Defendant, Corvel Healthcare

John W. Bramlette, Esquire
Nixon Peabody, LLP
401 North Street, N.W.
Suite 900
Washington, D.C. 20004
Attorneys for Defendants, Genex Services Incorporated Sudsidiary of UNUM Provident and UNUM Group a/k/a UNUM Provident Insurance Company

                                                         /s/
                                                   _____
                                                   Thomas V. McCarron

B0718535.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| EDNA McMANUS, *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No.: 07-252-CKK |
| | | Judge Colleen Kollar-Kotelly |
| DISTRICT OF COLUMBIA GOVERNMENT, *et al.* | * | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF DEFENDANT CMI/SEDGWICK'S
OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT OR,
ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

The Defendant, CMI/Sedgwick ("Defendant" or "Sedgwick"),[1] by its attorneys, Thomas V. McCarron and Semmes, Bowen & Semmes, hereby submits this Memorandum in support of its Opposition to Plaintiffs' Motion to Amend Complaint or, Alternatively, Motion to Dismiss Plaintiffs' Amended Complaint and, in support thereof, states:

**I.   INTRODUCTION**

On or about February 1, 2007, an action was filed by Plaintiffs Edna McManus, Gaynell Nixon, Shirley Massey, Sandra Mitchner, William Workcuff, Edward Clark, Slatel Dillon, Audrey Tucker, Arzella Smith, Geraldine Tally Hobby, Erwin Diggs, John Lewis, Velerie Jones Coe, Fletcher Scott, Ronald Minor and Otis R. Mahoney, Sr. (collectively

---

[1]   Just as in Plaintiffs' original Complaint, Defendant was again improperly identified in the Complaint as "CMI/Segwick." The proper name is CMI Octagon "A Sedgwick CMS Company."

referred to herein as "Plaintiffs")[2] alleging multiple claims against Sedgwick, and 13 other Defendants.[3] Although the Complaint makes it virtually impossible to decipher the specific claims against Sedgwick, or any of the other Defendants for that matter, it appears that the gravamen of the Complaint is that Sedgwick, in conjunction with the other Defendants, failed to adequately represent the Plaintiffs in a variety of employment related actions.

On May 29, 2007, Sedgwick filed a Motion to Dismiss on the following grounds: (1) this Court lacks subject matter jurisdiction in light of the District of Columbia Comprehensive Merit Personnel Act, D.C. Code Ann. §§ 1-601.01 *et seq.*; (2) Plaintiffs' Complaint fails to state a claim upon which relief may be granted under Fed.R.Civ.P. 12(b)(6); (3) the Summons and Complaint were not properly served upon Sedgwick under Fed.R.Civ.P. 12(b)(5); and (4) the Complaint fails, under Fed.R.Civ.P. 8, to provide a short and plain statement of the claim, and is not concise and direct with regard to the allegations against Sedgwick.

On June 11, 2007, without replying to Sedgwick's Motion to Dismiss, Plaintiffs filed a Motion to Amend Complaint, attaching to it an Amended Complaint With Request for

---

[2] According to the Complaint, all of the Plaintiffs are current or former District of Columbia government employees, *see* Complaint, ¶¶ 2-17, who were either terminated from employment or otherwise denied "benefits derived from the Plaintiffs [sic] employment." Complaint, ¶ 33 [A] and [B].

[3] In addition to Sedgwick, the Plaintiffs have also named as Defendants the following: District of Columbia Government, AFSCME District Council 20, AFL-CIO, American Federation of Governmental Employees, International Brotherhood of Teamsters Local Union No. 639, Washington Teachers Union, the District of Columbia Department of Corrections/Fraternal Order of Police, Concentra Incorporated, Corvel Healthcare, CLW/CDM, Aon Risk Services Incorporated, Genex Services Incorporated Subsidiary of UNUM Provident, UNUM Group a/k/a UNUM Provident Insurance Company and Robert A. Smith, M.D., P.C.

Injunctive & Declaratory Relief (hereinafter referred to as "Amended Complaint"). Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief, however, fails to cure any of the defects raised in Sedgwick's previously file Motion to Dismiss. In fact, other than providing additional information concerning several of the Plaintiffs (without even providing any new references to Sedgwick), the Amended Complaint is *exactly the same* as the original Complaint – the eight (8) substantive Counts set forth in the Amended Complaint are completely unchanged.

## II.   STANDARD OF REVIEW

A motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure is warranted only if it appears beyond doubt that "the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). The threshold determination in resolving a motion to dismiss is not whether the plaintiff will ultimately prevail, but whether he or she is entitled to offer evidence to support his or her claims. *See Scheuer v. Rhodes*, 416 U.S. 232, 236 (1984), *overruled on other grounds*, *Davis v. Scherer*, 468 U.S. 183 (1984).

When challenging the sufficiency of a pleading's allegations of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the standard of review is substantially the same as that used to evaluate Rule 12(b)(6) motions. *See Vanover v. Hantman*, 77 F.Supp.2d 91, 98 (D.D.C. 1999). The court must accept as true all of plaintiff's well-pled factual allegations and draw all reasonable inferences in favor of the plaintiff; however, the court does not need to accept as true the plaintiff's legal conclusions. *See Alexis v. District of Columbia*, 44 F.Supp.2d 331, 336-37 (D.D.C. 1999).

## III. ARGUMENT

Plaintiffs' Amended Complaint fails to cure any of the fatal deficiencies of their original Complaint. The Amended Complaint utterly fails to allege anything that Sedgwick did that caused any harm to the Plaintiffs and is, therefore, just as deficient as Plaintiffs' original Complaint. Accordingly, Sedgwick hereby adopts and incorporates by reference its previously filed Motion to Dismiss and Memorandum in Support thereof as if fully stated herein. In further support thereof, Defendant hereby adopts and incorporates by reference as if fully set forth herein Defendants Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO and American Federation of State, County and Municipal Employees, District Council 20, AFL-CIO's ("AFSCME") Motion to Dismiss Amended Complaint and Memorandum of Points and Authorities in Support of Their Motion to Dismiss Amended Complaint.

Specifically, the Amended Complaint must be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because this Court lacks subject matter jurisdiction in light of the District of Columbia Comprehensive Merit Personnel Act. Second, the Amended Complaint must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because it fails to state a claim upon which relief may be granted. Third, the Amended Complaint must be dismissed pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure because the Plaintiffs failed to properly serve the Summons and original Complaint upon Sedgwick. Finally, the Amended Complaint must be dismissed pursuant to Rule 8 of the Federal Rules of Civil Procedure because it fails to provide a short and plain statement of the claim, and is not concise and direct with regard to the allegations against CMI/Sedgwick.

IV.  **CONCLUSION**

For the foregoing reasons, Defendant, Sedgwick, respectfully requests that this Honorable Court grant deny Plaintiffs' Motion to Amend Complaint as to Sedgwick or, alternatively, grant its Motion to Dismiss Plaintiffs' Amended Complaint and dismiss the Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief against it with prejudice.

Respectfully submitted,

_____/s/_____
Thomas V. McCarron, Bar No. 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

*Attorneys for Defendant*
*CMI Octagon "A Sedgwick CMS Company"*

B0718636.WPD

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **EDNA McMANUS**, *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No.: 07-252-CKK |
| | | Judge Colleen Kollar-Kotelly |
| **DISTRICT OF COLUMBIA** | * | |
| **GOVERNMENT**, *et al.* | | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, CMI/Sedgwick's Motion to Dismiss Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief, Memorandum in Support thereof, and any Opposition filed thereto, it is this _____ day of _____, 2007, hereby

**ORDERED**, that Defendant CMI/Sedgwick's Motion to Dismiss Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief be and hereby is GRANTED, and it is

**FURTHER ORDERED** that Plaintiffs' Amended Complaint With Request for Injunctive & Declaratory Relief be and is hereby dismissed, with prejudice, as to Defendant CMI/Sedgwick.

_____
JUDGE, United States District Court for the
District of Columbia

B0718630.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| EDNA McMANUS, *et al.* | * |
|       Plaintiffs | * |
| v. | *   Civil Action No.: 07-252-CKK |
| |     Judge Colleen Kollar-Kotelly |
| DISTRICT OF COLUMBIA | * |
| GOVERNMENT, *et al.* | |
| | * |
|       Defendants | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiffs' Motion to Amend Complaint, and any Opposition filed thereto, it is this _____ day of _____, 2007, hereby

**ORDERED**, that Plaintiffs' Motion to Amend Complaint be and hereby is DENIED, as to Defendant CMI/Sedgwick.

 

_____
JUDGE, United States District Court for the
District of Columbia

B0718631.WPD