UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-252 (CKK) |

**DEFENDANT AON RISK SERVICES, INC. OF WASHINGTON, D.C.'s
MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT**

Defendant Aon Risk Services, Inc. of Washington, D.C. ("Aon") moves for an enlargement of time within which to respond to plaintiffs' motion to amend complaint. In support of the motion, Aon states as follows:

1. Aon's response to plaintiffs' motion to amend complaint is due on June 25.

2. As a result of his travel schedule and the press of other business, the undersigned requires an enlargement of time of 10 days, to and including July 5, within which to respond to the motion.

3. The undersigned was unable to reach plaintiffs' counsel in order to obtain his consent to the motion.

WHEREFORE, Aon requests that its motion be granted.

Respectfully submitted,

/ s /
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*
*Aon Risk Services, Inc.*
*of Washington, D.C.*

**CERTIFICATE OF SERVICE**

I certify that Defendant Aon Risk Services, Inc. of Washington, D.C.'s Motion for Enlargement of Time and Memorandum in Support was served this 22nd day of June, 2007, via the Court's electronic case filing system, on:

>James Q. Butler
>Butler Legal Group, PLLP
>818 18th Street, N.W., Suite 1010
>Washington, D.C. 20006
>
>Martha J. Mullen, Esquire
>Office of Corporation Counsel
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>
>Rachel R. Hranitzky, Esquire
>Office of the Attorney General
>441 Fourth Street, N.W.
>Sixth Floor North
>Washington, D.C. 20001
>
>Brenda Catherine Zwack, Esquire
>O'Donnell, Schwartz & Anderson, P.C.
>1300 L Street, N.W., Suite 1200
>Washington, D.C. 20005
>
>Andres M. Grajales, Esquire
>American Federation of Government Employees
>80 F Street, N.W., 10th Floor
>Washington, D.C. 20001
>
>Frank Charles Morris, Jr., Esquire
>Epstein, Becker & Green, P.C.
>1227 25th Street, N.W., Suite 700
>Washington, D.C. 20037
>
>Brian Wayne Steinbach, Esquire
>Epstein, Becker & Green, P.C.
>150 North Michigan Avenue, 35th Floor
>Chicago, Illinois 60601

John W. Bramlette, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004

Alison N. Davis
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

                                                                    / s /
                                                Charles B. Wayne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDNA McMANUS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-252 (CKK) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of defendant Aon Risk Services, Inc. of Washington, D.C's motion for enlargement of time, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including July 5, 2007 to respond to plaintiffs' motion to amend complaint.

This ___ day of June, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge