UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDNA MCMANUS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-252-CKK |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) | |

**DEFENDANT AFGE'S CONSENT MOTION FOR AN ENLARGMENT OF TIME PURSUANT TO FED. R. CIV. P. 6 (b)**

Defendant American Federation of Government Employees ("AFGE"), by and through its undersigned counsel of record, moves for an enlargement of time to answer or otherwise plead in opposition to Plaintiffs' Amended Complaint. Pursuant to paragraphs 8 and 9 of the Court's March 6, 2007, electronic case filing order, neither a proposed order nor a certificate of service accompany this electronic filing. Defendant AFGE moves for an enlargement of time through and including Friday, June 29, 2007, and in support thereof states as follows:

1. Plaintiffs filed their Amended Complaint in this case with the Court on June 11, 2007.

1

2. Pursuant to Fed. R. Civ. P. 15 (a) and Fed. R. Civ. P. 6 (a), Defendant AFGE's deadline to answer or otherwise plead is today, Monday, June 25, 2007.

3. Because of the press of other business, and in particular because of a conflicting deadline in an unrelated matter where the undersigned counsel is the attorney of record (District of Columbia Public Employee Relations Board Case No. 07-A-05), the undersigned requests an enlargement of time through and including Friday, June 29, 2007, to answer or otherwise plead in opposition to Plaintiffs' Amended Complaint.

4. As the Court has not issued a scheduling order in this case, this requested enlargement of time will not unduly delay the progress of this case.

5. This is Defendant AFGE's first request for an enlargement of time in this case.

6. The undersigned counsel has spoken by telephone with Plaintiffs' counsel, James Q. Butler, and Plaintiffs' counsel consents to this requested enlargement of time.

7. Accordingly, Defendant AFGE requests an enlargement of time through and including Friday, June 29, 2007, to answer Plaintiffs' Amended Complaint or otherwise plead.

WHEREFORE, Defendant AFGE respectfully requests that its consent motion for an enlargement of time through and including Friday, June 29, 2007, to answer Plaintiffs' Amended Complaint or otherwise plead, be granted.

Respectfully submitted,

/s/ Mark D. Roth
Mark D. Roth (D.C. Bar No. 235473)
General Counsel

/s/ Andres M. Grajales*
Andres M. Grajales (D.C. Bar No. 476894)
Staff Counsel
American Federation of Government
Employees, AFL- CIO
80 F Street, NW
Washington, D.C. 20001
Tel.: (202) 639-6426
Agrajales@afge.org

*Attorney of Record

Counsel for AFGE