UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, *et al.*,<br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 1:07CV00252 (CKK)<br>)<br>)<br>)<br>) |

<u>DEFENDANT CLW/CDM</u> S CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER <u>OR OTHERWISE RESPOND TO COMPLAINT</u>

Defendant CLW/CDM, by and through undersigned counsel, hereby moves for an extension of time until July 20, 2007, to answer or otherwise respond to Plaintiffs complaint. Granting this brief extension will not prejudice any other party. Plaintiffs consent to the relief requested herein.

                                        Respectfully submitted,


                                        　/s/ Laura E. Jordan                    
                                        Laura E. Jordan, D.C. Bar No. 416707
                                        Law Offices of Laura E. Jordan, P.C.
                                        4702 Wisconsin Ave., N.W.
                                        Washington, D.C.  20016
                                        202-244-4600
                                        facsimile:  202-244-4657
                                        counsel@JordansLaw.com


Certificate of Service

　　　I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF system this June 25, 2007.


　/s/ Laura E. Jordan                    
Laura E. Jordan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDNA McMANUS, *et al.*, | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Case No. 1:07CV00252 (CKK) |
|  | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |
|  | ) | |

MEMORANDUM IN SUPPORT OF DEFENDANT CLW/CDM S
CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

Defendant CLW/CDM, by and through undersigned counsel, hereby submits it memorandum of points and authorities in support of its consent motion for an extension of time to answer or otherwise respond to plaintiffs complaint. In support thereof, CLW/CDM respectfully states as follows:

Counsel believes that the summons and complaint herein were delivered to CLW/CDM on or about May 4, 2007. CLW/CDM s answer or other response was due on or before June 4, 2007. Counsel did not become aware of the existence of this lawsuit until some weeks after it was delivered to CLW/CDM. Because of counsel s other cases, out of town meetings, and pressing personal issues, counsel knew she would be unable to respond by June 4. Therefore, on or about May 31, 2007, counsel contacted plaintiffs counsel Mr. Butler and asked for an extension of time to answer or otherwise respond to plaintiffs complaint. Mr. Butler graciously consented.

The complaint herein contains 100 separately numbered paragraphs, eight counts, and 14 defendants. CLW/CDM finds many of the claims to be rather obscure. Therefore, CLW/CDM

requires time to respond meaningfully to plaintiffs claims. Granting the additional time will ultimately contribute to the just, speedy, and inexpensive determination of this action. Fed.R.Civ.P. 1.

As stated above, since counsel for plaintiffs consents to the relief requested herein, plaintiffs will not be prejudiced by granting the relief requested. Moreover, no other party will be prejudiced by granting the relief requested, particularly in light of the fact that many of the defendants have filed motions to dismiss the complaint, or to oppose the amendment of plaintiffs complaint, or both. Further, the Court s May 22, 2007 order requiring plaintiffs to respond to defendants motions individually means that no other defendant will be affected by the timing of CLW/CDM s answer or other response.

Therefore, for the foregoing reasons, defendant CLW/CDM respectfully requests that this honorable Court grant CLW/CDM until July 20, 2007 to answer or otherwise respond to the complaint.

          Respectfully submitted,

_____
Laura E. Jordan, Bar No. 416707
Law Offices of Laura E. Jordan, P.C.
4702 Wisconsin Ave., N.W.
Washington, D.C. 20016
202-244-4600
facsimile: 202-244-4657

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS, *et al.*,   )
    Plaintiffs,   )
                            )
    v.   )   Case No. 1:07CV00252 (CKK)
                            )
DISTRICT OF COLUMBIA, *et al.*,   )
    Defendants.   )
                            )

## ORDER

Upon consideration of Defendant CLW/CDM s consent motion for extension of time to answer or otherwise respond to plaintiffs complaint, the arguments in support thereof and in opposition thereto, if any, and the record herein, it is hereby

ORDERED, that CLW/CDM s motion be, and hereby is, GRANTED. It is further

ORDERED, that CLW/CDM shall have until July 20, 2007 to answer or otherwise respond to plaintiffs complaint.

ENTERED this _____ day of _____, 2007.

_____
United States District Judge