UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS, *et al.*,

   Plaintiffs,

    v.

DISTRICT OF COLUMBIA, *et al.*,

   Defendants.

Civil Action No. 07-252 (CKK)

**ORDER**
(June 28, 2007)

On February 1, 2007, Plaintiffs filed their Complaint in this action, against a total of fourteen (14) separate Defendants. Seven (7) of these Defendants subsequently filed Motions to Dismiss Plaintiffs' Complaint. On June 11, 2007, Plaintiffs filed a [23] Motion to Amend/Correct their original Complaint. Thereafter, five (5) Defendants filed Motions to Dismiss Plaintiffs' Amended Complaint. In addition, three (3) Defendants – GENEX Services Incorporated (Docket # 26), CMI/Segwick (Docket #27), and the District of Columbia (Docket #33) – filed Oppositions to Plaintiffs' Motion to Amend/Correct. Each of these Oppositions argues that Plaintiffs' Motion to Amend/Correct is futile because Plaintiffs' proposed Amended Complaint fails to correct infirmities raised by each Defendant in its respective Motion to Dismiss Plaintiffs' original Complaint. The Court concludes, however, that the arguments made in each of these Oppositions should be asserted in a properly briefed motion to dismiss Plaintiff's Amended Complaint. Accordingly, it is this 2nd day of July, 2007 hereby

**ORDERED** that all pending Motions to Dismiss [3, 5, 12, 16, 18, 19, 21] Plaintiffs' original Complaint shall be DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that Plaintiffs' [23] Motion to Amend/Correct Original Complaint shall be GRANTED; it is further

**ORDERED** that, on or before July 27, 2007, all Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint.

**SO ORDERED.**

                                                  /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge