UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————
                                              )
EDNA McMANUS, *et al.*,                       )
                                              )
            Plaintiffs,                       )
                                              )        Civil Action No. 07-252 (CKK)
      v.                                      )
                                              )
DISTRICT OF COLUMBIA, *et al.*,               )
                                              )
            Defendants.                       )
—————————————————————)


**DEFENDANT AON RISK SERVICES, INC. OF
WASHINGTON, D.C.'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Aon Risk Services, Inc. of Washington, D.C. moves to dismiss the amended

complaint.  The grounds for the motion are fully set forth in the accompanying memorandum of

points and authorities.

                                   Respectfully submitted,


                          ————————————————
                                   / s /
                          Charles B. Wayne (# 935858)
                          DLA PIPER US LLP
                          1200 Nineteenth Street, N.W.
                          Washington, D.C.  20036
                          (202) 861-3900
                          (202) 223-2085 (fax)

                          *Counsel for Defendant*
                          *Aon Risk Services, Inc.*
                          *of Washington, D.C.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
EDNA McMANUS, *et al*.,                      )
                                            )
          Plaintiffs,                        )
                                            )          Civil Action No. 07-252 (CKK)
          v.                                 )
                                            )
DISTRICT OF COLUMBIA, *et al*.,              )
                                            )
          Defendants.                        )
_____)

**DEFENDANT AON RISK SERVICES, INC. OF
WASHINGTON, D.C.'s MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**INTRODUCTION**

The amended complaint utterly fails to cure the fatal deficiencies of the original.
Plaintiffs have not alleged a comprehensible, legally valid claim for relief against Aon Risk
Services, Inc. of Washington, D.C.[1] ("Aon") or any other defendant. None of the changes to the
complaint relate in any way to Aon, and the following summary applies to the amended
complaint as it did to the original complaint:

- Aon, a provider of insurance-related services, has a contract with the
  District of Columbia to provide such services. Although plaintiffs
  have attached that contract as an exhibit to the complaint, plaintiffs
  never reference the contract in any of their allegations.

- Aon is apparently a defendant in only four of the eight counts of the
  complaint.

- Those four counts include:

_____

[1]    The complaint mistakenly refers to "Aon Risk Services, Inc."

- Breach of Employment Contract (Count 1) -- Plaintiffs do not allege that Aon is a party to the contract in issue, which includes a "Collective Bargaining Agreement between the City and the Unions." Amended Complaint ¶ 57.

- Breach of Collective Bargaining Agreement (Count 2) -- Plaintiffs do not allege that Aon is a party to the collective bargaining agreement in issue. *Id.* ¶¶ 61-63.

- Declaratory Judgment Action (Count 5) -- Without any allegation as to what conduct Aon purportedly engaged in, plaintiffs only state that Aon and the other defendants "are engaging in criminal and civil wrongdoing" that amounts to a "conspiracy." *Id.* ¶¶ 27, 78.

- Request for Injunctive Relief (Count 6) -- This "claim" is in the nature of a remedy, not a substantive claim. *Id.* ¶¶ 81-85.

As with the original complaint, the amended complaint does not satisfy even the most basic of the pleading requirements set forth in the Federal Rules of Civil Procedure: to provide a defendant with a "a short and plain statement" of a plaintiff's claim that constitutes fair notice to a defendant. The complaint is deficient for this and the other reasons set forth below, and should be dismissed.

## ARGUMENT

## I.  THE D.C. COMPREHENSIVE MERIT PERSONNEL ACT PREEMPTS THIS COURT'S JURISDICTION.

The District of Columbia Comprehensive Merit Personnel Act preempts this Court's jurisdiction, and Rule 12(b)(1) requires dismissal. Aon incorporates by reference the arguments made by WTU and AFSCME (pp. 6-12); CorVel Healthcare (pp. 5-6); AFGE (pp. 5-10); the District of Columbia (pp. 9-10); and Teamsters (pp. 2-3).

## II.  THE COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

As set forth in the motions and supporting memoranda filed by the other defendants, the amended complaint (1) fails to state a claim upon which relief can be granted under Rule

12(b)(1) and 12(b)(6); (2) violates the pleading requirements of Rules 8 and 9; (3) fails to satisfy Article III's standing requirements; (4) fails to present a federal question, or a valid due process claim; and (5) as a result, the amended complaint should be dismissed. Aon incorporates by reference the arguments made by CorVel Healthcare (pp. 6-9); Concentra (pp. 7-8); AFGE (pp. 10-12); CMI/Sedgwick (pp. 5-6, 8-9); Unum/Genex (pp. 3-6); the District of Columbia (pp. 3-9); and Teamsters (pp. 3-5).

## CONCLUSION

For all the foregoing reasons, the amended complaint against Aon should be dismissed with prejudice.

Respectfully submitted,

_____
/ s /
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*
*Aon Risk Services, Inc.*
*of Washington, D.C.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that Defendant Aon Risk Services, Inc. of Washington, D.C.'s Motion to Dismiss Amended Complaint and Memorandum in Support was served this 27th day of July, 2007, via the Court's electronic case filing system, on:

James Q. Butler
Butler Legal Group, PLLP
818 18th Street, N.W., Suite 1010
Washington, D.C.  20006

Martha J. Mullen, Esquire
Office of Corporation Counsel
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Rachel R. Hranitzky, Esquire
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001

Brenda Catherine Zwack, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

Andres M. Grajales, Esquire
American Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington, D.C. 20001

Frank Charles Morris, Jr., Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Brian Wayne Steinbach, Esquire
Epstein, Becker & Green, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601

John W. Bramlette, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 900

Washington, D.C. 20004

Alison N. Davis
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C.  20036


_____/ s /_____
Charles B. Wayne