UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS, et al.,              )
     Plaintiffs,                    )
                        )
     v.                             )          Civil Action No.:  07-252-CKK
                        )
DISTRICT OF COLUMBIA, et al.,      )
Government, et al.                 )
                        )
     Defendants                     )


CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO
DEFENDANTS MOTION TO DISMISS

COMES NOW, Plaintiffs, EDNA MCMANUS, et al, by and through undersigned counsel, hereby moves for a thirty (30) day extension to answer or otherwise respond to Defendant's, CMI/Sedgwick  Motion to Dismiss, and in support states as follows.

1. Plaintiff's response is currently due no later than August 5, 2007.

2. Plaintiff's counsel conferred with Defendant's, CMI/Sedgwick counsel, and mutually agreed to extend the time for Plaintiff's to answer Defendant's, Motion to Dismiss an additional thirty (30) days.

WHEREFORE, the Plaintiffs prays that this Honorable Court extend the time for Plaintiff's to answer Defendant's Motion to Dismiss in the above captioned case for the reasons stated herein.

Respectfully submitted,


/s/ James Q. Butler
James Q. Butler, Esq.
Butler Legal Group. PLLP
818 18th Street, 6th Floor
Washington, D.C. 20006
Telephone:  (202) 223-6767
Facsimile:  (202) 223-3039
Attorney for Plaintiffs



<u>Certificate of Service</u>

I hereby certify that I served a copy of the foregoing on all counsel of record through the ECF system this July 30, 2007.

/s/ James Q. Butler
James Q. Butler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS, et al.,       )
      Plaintiffs,        )
                     )
      v.                )      Civil Action No.:  07-252-CKK
                     )
DISTRICT OF COLUMBIA, et al.,  )
      Defendants.

<u>ORDER</u>

Upon consideration of Plaintiff's Consent Motion for Extension of time to answer or

otherwise respond to Defendant's Motion to Dismiss, it is hereby

ORDERED, that Plaintiff's will have a thirty (30) day extension of time to answer or

otherwise respond to defendant's Motion to Dismiss.

ENTERED this____ day of _____, 2007.

_____
United States District Judge