## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS *et al.*

    Plaintiffs,

vs.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Case No: 1:07-cv-00252 (CKK)

### PRAECIPE

The Clerk of the Court will please withdraw the name of Assistant Attorney General Rachel R. Hranitzky as counsel for Defendant District of Columbia.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/  Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    /s/  Rachel R. Hranitzky
    RACHEL R. HRANITZKY [974458]
    Assistant Attorney General
    441 4th Street, N.W., 6th Floor North
    Washington, D.C. 20001
    Telephone: 202.442.9754; 202.727.6295
    rachel.hranitzky@dc.gov

    MARTHA J. MULLEN [7246612]
    Senior Assistant Attorney General
    441 4th Street, N.W., 6th Floor South
    Washington, D.C. 20001
    Telephone: 202.727.6612; 202.727.6295
    martha.mullen@dc.gov