UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07CV00252 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**REPLY OF TEAMSTERS' LOCAL UNION NO. 639**

Defendant Teamsters Local Union No. 639 ("Union" or "Local 639"), by and through its undersigned counsel, pursuant to Local Rule 7(d), hereby submits its Reply to Plaintiffs' Opposition to the Union's Motion to Dismiss. Local 639 files its Reply only to note that the Plaintiffs have failed to substantively respond to each and every argument raised by the Union and, consequently, should be deemed to have conceded on those issues. Plaintiffs' Opposition is no more than a nonresponsive boilerplate copy of its opposition to numerous dispositive motions filed various defendants. Indeed, it even fails to properly recite the name of Local 639. Given the complete failure of Plaintiffs to properly respond to the motion to dismiss, the Court should grant the Union's motion and dismiss this action with prejudice.[1]

---

[1] As noted in the Union's motion, Local 639 adopts and incorporates the arguments raised in the papers filed by the District of Columbia Government, AFSCME District Council 20, AFL-CIO, American Federation of Governmental Employees and the Washington Teachers Union.

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      John R. Mooney (D.C. Bar 375886)
                                                      Mark J. Murphy (D.C. Bar 453060)
                                                      Mooney, Green, Baker & Saindon, P.C.
                                                      1920 L Street, N.W., Suite 400
                                                      Washington, D.C.  20036
                                                      (202) 783-0010

September  26, 2007                                               Counsel for Teamsters Local 639

Case 1:07-cv-00252-CKK-JMF    Document 69    Filed 09/26/2007    Page 3 of 3