UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDNA McMANUS, *et al.*, | ) |
| Plaintiffs, | ) |
|  | ) Civil Action No. 07-252 (CKK) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANT AON RISK SERVICES, INC. OF WASHINGTON, D.C.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Plaintiff's opposition to the motion to dismiss the amended complaint filed by defendant Aon Risk Services, Inc. of Washington, D.C. is non-responsive to the arguments made and is devoid of substance. The Court should grant the motion and dismiss this action with prejudice.

Respectfully submitted,

/ s /
Charles B. Wayne (# 935858)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Counsel for Defendant*
*Aon Risk Services, Inc.*
*of Washington, D.C.*

**CERTIFICATE OF SERVICE**

I certify that Defendant Aon Risk Services, Inc. of Washington, D.C.'s Reply to Plaintiff's Opposition to Motion to Dismiss was served this 28th day of September, 2007, via the Court's electronic case filing system, on:

James Q. Butler
Butler Legal Group, PLLP
818 18th Street, N.W., Suite 1010
Washington, D.C. 20006

Martha J. Mullen, Esquire
Office of Corporation Counsel
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Rachel R. Hranitzky, Esquire
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001

Brenda Catherine Zwack, Esquire
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

Andres M. Grajales, Esquire
American Federation of Government Employees
80 F Street, N.W., 10th Floor
Washington, D.C. 20001

Frank Charles Morris, Jr., Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Brian Wayne Steinbach, Esquire
Epstein, Becker & Green, P.C.
150 North Michigan Avenue, 35th Floor
Chicago, Illinois 60601

John W. Bramlette, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004

Alison N. Davis
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

                                          / s /
                                  Charles B. Wayne