UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS, *et al.*,

      Plaintiffs,

v.

      Civil Action No. 07-252 (CKK)

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

**RULE 4(m) ORDER**
(December 13, 2007)

The Complaint in this case was filed on February 1, 2007, and an Amended Complaint

was filed on July 2, 2007, but there is no record that a copy of either document has been served

on the Defendant Robert A. Smith.  In addition, the record is insufficient to establish that

Plaintiffs properly served Defendant Department of Corrections/Fraternal Order of Police with

the Complaint in this action, because Plaintiffs' Return of Service only states that a copy of the

Summons and Complaint was "Served personally upon the defendant" on April 3, 2007.  *See*

Docket No. [9].  Federal Rule of Civil Procedure 4(h) and Local Civil Rule 4(h) require that

service upon a corporation, partnership, or other unincorporated association be made "by

delivering a copy of the summons and of the complaint to an officer, a managing or general

agent, or to any other agent authorized by appointment or by law to receive service of process."

Fed. R. Civ. P. 4(h); LCvR 4(h).  Plaintiffs' Return of Service does not indicate whether service

upon Defendant Department of Corrections/Fraternal Order of Police was actually made to any

individual, as required to effectively serve an organization.  The Court notes that more than ten

months have passed since the filing of Plaintiffs' original Complaint, and that more than five

months have passed since the filing of Plaintiffs' Amended Complaint.

Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is this 13th day of December, 2007, hereby

**ORDERED** that by December 27, 2007, Plaintiffs must cause process to be properly served upon Defendants Robert A. Smith and Department of Corrections/Fraternal Order of Police _and_ proof of service to be filed with the Court.  If proof of service is not filed with the Court on or before December 27, 2007, the instant case shall be dismissed without prejudice as to Defendants Robert A. Smith and Department of Corrections/Fraternal Order of Police.


**SO ORDERED.**

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

2