UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | Civil Action No. 07-252 (CKK) |

**ORDER**
(December 31, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of December, 2007, hereby

**ORDERED** that this action is DISMISSED WITHOUT PREJUDICE as to Defendants Smith and FOP, pursuant to Federal Rule of Civil Procedure 4(m); it is further

**ORDERED** that the [25] Motion to Dismiss Amended Complaint filed by AFSCME and the WTU is GRANTED; it is further

**ORDERED** that the [29] Motion to Dismiss Amended Complaint and [38] Motion to Dismiss Plaintiffs' Amended Complaint filed by Sedgwick are GRANTED; it is further

**ORDERED** that the [31] Motion to Dismiss Amended Complaint filed by Corvel is GRANTED; it is further

**ORDERED** that the [32] Motion to Dismiss Plaintiffs' Amended Complaint and [44] Supplemental Motion to Dismiss filed by Concentra are GRANTED; it is further

**ORDERED** that the [35] Motion to Dismiss Plaintiffs' Amended Complaint filed by AFGE is GRANTED; it is further

**ORDERED** that the [39] Motion to Dismiss Amended Complaint filed by Genex and Unum is GRANTED; it is further

**ORDERED** that the [40] Motion to Dismiss filed by the District of Columbia is GRANTED; it is further

**ORDERED** that the [42] Motion to Dismiss Amended Complaint filed by Aon is GRANTED; it is further

**ORDERED** that the [43] Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim filed by CLW/CDM is GRANTED; it is further

**ORDERED** that the [47] Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 filed by AFGE is DENIED; it is further

**ORDERED** that the [78] Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 filed by Concentra is GRANTED.  Specifically, the Court grants Concentra's motion for sanctions to the extent that it is based on Plaintiffs' counsel's filing of an inaccurate Return of Service with respect to Concentra while on notice that Concentra had not been validly served with process in this action.  Accordingly, sanctions in the form of Concentra's reasonable attorneys' fees and expenses are hereby imposed upon James Q. Butler and the Butler Legal Group, PLLP, aka Butler Law Firm, P.C., jointly and severally pursuant to Federal Rule of Civil Procedure 11(c); it is further

**ORDERED** that Concentra shall submit to the Court an affidavit on or before January 16, 2008 setting forth their request for reasonable attorneys' fees and expenses, supported by appropriate documentation.  In addition, Plaintiffs' counsel may file a response to Concentra's specific request for attorneys' fees and expenses no later than January 30, 2008; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable Order.*

                                               */s/*
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge