IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:07 CV 00252 (CKK) |

## AFFIDAVIT OF ALISON NADINE DAVIS

DISTRICT OF COLUMBIA   )
                       )   SS
                       )

    I, Alison Nadine Davis, being over the age of eighteen, make this affidavit under penalty of perjury on personal knowledge of the following facts:

    1.    I am a partner in the Washington, D.C. office of the law firm of Ford & Harrison LLP ("Ford & Harrison"), and I am competent to testify about the matters contained herein.

    2.    Ford & Harrison is a national law firm based in Atlanta, GA which specializes in labor and employment law. Ford & Harrison has 190 lawyers in 18 locations across the country, including Asheville, Atlanta, Birmingham, Chicago, Dallas, Denver, Jacksonville, Los Angeles, Melborne, Memphis, Miami, Minneapolis, New York, Orlando, Phoenix, Spartanburg, Tampa and Washington, D.C.

    3.    I graduated from Harvard Law School in 1990 and have been actively engaged in litigation for more than seventeen (17) years. I was admitted to practice law in: 1991, in the

District of Columbia and the State of New York; and 2004, in the Commonwealth of Massachusetts.

4.  I am admitted to the bars of the following federal courts: 1992, U.S. District Court for the District of Columbia; 2001, U.S. Court of Appeals for the District of Columbia; 2005, U.S. District Court for the Southern District of New York and U.S. District Court for the Western District of New York; 2006, U.S. District Court for the District of Maryland; and 2007, U.S. District Court for the Eastern District of Wisconsin.

5.  Katherine Hoekman is an associate with Ford & Harrison. She graduated from the University of Iowa College of Law in 2006. She is admitted to practice in the Commonwealth of Virginia. Ms. Hoekman has applied for admission to the bar of the District of Columbia.

6.  All attorneys at Ford & Harrison are required to record, on a daily basis, brief narratives of work actually performed on each client matter, and the time spent on each described activity. These brief narratives and time are entered into the computer in CMS OPEN, a time and billing system.

7.  On a monthly basis, invoices are prepared from these billing records, and Buena Vista Lyons, an attorney in Ford & Harrison's Dallas, TX office, reviews the invoices for Concentra Incorporated ("Concentra") for accuracy, redundancy, and unproductive time.

8.  During calendar year 2007, I customarily charged $395 per hour for my time and in every circumstance possible, Ford & Harrison charged and received an hourly rate of $395 for my time. Ford & Harrison typically reviews and adjusts attorney and paralegal rates effective at

the beginning of each year. Effective January 1, 2008, my hourly rate was adjusted to $405 per hour.

9.  Ms. Hoekman customarily charged in 2007 $275 per hour for her time and in every circumstance possible, Ford & Harrison charged and received an hourly rate of $275 for her time. Effective January 1, 2008, her hourly rate was adjusted to $295 per hour.

10. I have attached as Exhibit A to this affidavit a summary of all compensable legal work which Ford & Harrison performed on Concentra behalf relating to the efforts undertaken in support of Concentra's Motion to Dismiss filed on June 25, 2007 and supplemented on July 27, 2007 after Plaintiffs filed an Amended Complaint, Motion for Sanctions, filed on October 19, 2007 and this affidavit.

11. In this case, Ford & Harrison has followed its customary timekeeping practices. All of the attorneys recorded their time in the computer database and invoices were prepared based upon that information.

12. I have reviewed the billing records and determined that I spent 94.7 hours, and Ms. Hoekman spent 64.4 hours in support of Concentra's efforts to obtain the dismissal of this ill-conceived lawsuit and the award of sanctions for Plaintiffs' conduct. The total number of hours which Ford & Harrison attorneys spent relating to the Motion to Dismiss, Motion for Sanctions and this affidavit was 159.10 hours. I have reviewed the billing entries to confirm unproductive time has been excluded.

13. It is my opinion that the total reasonable and necessary costs expended in prosecuting the aforementioned motions, including photocopying and courier charges, are

$160.57, and I have provided an explanation of the reasonable and necessary costs incurred in a summary format attached hereto as Exhibit B.

14. The above-listed attorneys' fees and costs were billed and borne by Concentra. In light of counsel for Plaintiffs filing of an inaccurate proof of service on Concentra, Ford & Harrison had to expend its time and resources on responding to Plaintiffs' Complaint and Amended Complaint rather than on other cases and compensable work for which it would have been paid its full hourly rates. Moreover, because counsel for Plaintiffs refused to dismiss voluntarily this lawsuit despite overwhelming evidence that the claims asserted were without merit, the time required to achieve Concentra's dismissal increased needlessly.

15. It is my opinion that the total attorneys' fees and costs sought are reasonable and were necessary to have Concentra successfully dismissed from this lawsuit, and for which Concentra is entitled to an award in the amount of $55,166.50 for attorneys' fees and $160.57 for costs.

FURTHER AFFIANT SAYETH NOT.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true and correct.

_January 16, 2008_
Date

_Alison N. Davis_

SWORN TO and SUBSCRIBED before me this the 16th day of January, 2008.

_Notary Public_

My Commission Expires:

**Marsha A. Alexandrovich**
**Notary Public, District of Columbia**
**My Commission Expires 11-30-2009**

# EXHIBIT A

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 6/5/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Telephone call with BVL regarding new case. |
| 6/6/2007 | Davis, Alison N. | $395 | 1.20 | $474.00 | Review of pleadings; telephone call with BVL regarding service of process. |
| 6/13/2007 | Davis, Alison N. | $395 | 1.00 | $395.00 | Conference call with client regarding case. |
| 6/13/2007 | Davis, Alison N. | $395 | 1.00 | $395.00 | Follow up to conference call with client regarding procedural and substantive issues. |
| 6/13/2007 | Davis, Alison N. | $395 | 1.00 | $395.00 | Analysis of issues relating to service of process. |
| 6/13/2007 | Hoekman, Katherine L. | $275 | 1.30 | $357.50 | Receipt and review of e-mails from AND; receipt and review of complaint and amended complaint; conference with AND regarding research for memorandum in support of motion to dismiss. |
| 6/14/2007 | Davis, Alison N. | $395 | 2.30 | $908.50 | Development of strategy in light of plaintiffs' amended complaint. |
| 6/14/2007 | Davis, Alison N. | $395 | 2.70 | $1,066.50 | Analysis of issues related to amended complaint. |
| 6/14/2007 | Hoekman, Katherine L. | $275 | 2.50 | $687.50 | Research regarding ineffective service of process; draft motion to dismiss. |
| 6/15/2007 | Davis, Alison N. | $395 | 2.60 | $1,027.00 | Analysis of issues relating to inaccurate proof of service and motion for leave to amend complaint. |
| 6/15/2007 | Davis, Alison N. | $395 | 0.40 | $158.00 | Preparation and filing entry of appearance. |
| 6/15/2007 | Davis, Alison N. | $395 | 2.40 | $948.00 | Analysis of plaintiffs' amended complaint to assess merits of claim. |
| 6/15/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Analysis of information relating to where Concentra business units do business. |
| 6/15/2007 | Hoekman, Katherine L. | $275 | 3.20 | $880.00 | Review and analysis of pleadings. |
| 6/18/2007 | Davis, Alison N. | $395 | 2.70 | $1,066.50 | Analysis of service of process issues. |
| 6/18/2007 | Davis, Alison N. | $395 | 2.50 | $987.50 | Analysis of issues relating to subject matter jurisdiction. |
| 6/18/2007 | Hoekman, Katherine L. | $275 | 7.50 | $2,062.50 | Research of standard of review for 12(b) motions; draft memorandum in support of motion to dismiss; continue analysis of initial pleading. |
| 6/19/2007 | Davis, Alison N. | $395 | 3.70 | $1,461.50 | Analysis of co-defendants' motions to dismiss. |
| 6/19/2007 | Davis, Alison N. | $395 | 0.60 | $237.00 | Analysis of issues relating to civil conspiracy. |
| 6/19/2007 | Hoekman, Katherine L. | $275 | 6.70 | $1,842.50 | Continue drafting memorandum in support of motion to dismiss; research on perfecting service of process on a subsidiary and parent corporation; research of requisite time period for perfecting service. |

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 6/20/2007 | Davis, Alison N. | $395 | 3.50 | $1,382.50 | Review and revise response to plaintiffs' motion for leave to amend complaint. |
| 6/20/2007 | Hoekman, Katherine L. | $275 | 7.20 | $1,980.00 | Revise memorandum in support of motion to dismiss; draft and revise affidavit; receipt and review of emails regarding the factual circumstances surrounding service of process; receipt and review of previous case involving McManus; receipt and review of Washington Teachers' Union Motion to Dismiss plaintiffs' Amended Complaint. |
| 6/21/2007 | Davis, Alison N. | $395 | 3.00 | $1,185.00 | Review and revise response to plaintiffs' motion for leave to amend complaint. |
| 6/21/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Review of e-mail communications regarding service of process and responding thereto to client. |
| 6/22/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Conference call with client regarding registered agent in the District of Columbia. |
| 6/22/2007 | Davis, Alison N. | $395 | 0.40 | $158.00 | Review of co-defendants' responses to plaintiffs' motion for leave to amend. |
| 6/22/2007 | Hoekman, Katherine L. | $275 | 0.30 | $82.50 | Receipt and review of request for extension of time filed by AON; motion to dismiss amended complaint filed by CMI/Sedgwick, UNUM and Genex's response to Plaintiffs' motion for leave to amend complaint. |
| 6/25/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Telephone call with client regarding corporate representative's attestation of status in District of Columbia. |
| 6/25/2007 | Davis, Alison N. | $395 | 0.80 | $316.00 | Review and revise declaration of E. Thompson in support of motion to dismiss. |
| 6/25/2007 | Davis, Alison N. | $395 | 1.10 | $434.50 | Finalizing and filing motion to dismiss and memorandum in support thereto. |
| 6/25/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Review of co-defendants' responses to plaintiffs' motion to amend/correct complaint. |
| 6/25/2007 | Hoekman, Katherine L. | $275 | 4.20 | $1,155.00 | Finalization of affidavit, motion to dismiss, and memorandum in support; receipt and review of defendant Corvel Healthcare Corporation's motion to dismiss amended complaint, defendant AFGE's consent motion for an enlargement of time, order on motion for extension of time to answer, and order on motion for extension of time to file response/reply. |

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 7/3/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Review of Order regarding oppositions to motion to amend complaint and motions to dismiss original complaint. |
| 7/3/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Telephone calls (2) with chambers of Judge Kotelly regarding impact of Order on pending motions to dismiss amended complaint. |
| 7/3/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Review of supplemental Minute Order regarding pending motions to dismiss amended complaint. |
| 7/3/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Correspondence to client to provide update regarding pending motions. |
| 7/3/2007 | Davis, Alison N. | $395 | 0.90 | $355.50 | Outline for supplementing and amending Concentra's motion to dismiss plaintiffs' amended complaint to clarify deficiencies in same. |
| 7/3/2007 | Hoekman, Katherine L. | $275 | 0.70 | $192.50 | Receipt and review of order; phone conference with judge's chambers regarding the order; meeting with AND regarding order; review of minute order clarifying earlier order. |
| 7/10/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Revise arguments regarding viability of amended complaint. |
| 7/19/2007 | Davis, Alison N. | $395 | 2.70 | $1,066.50 | Preparation of supplemental brief to motion to dismiss. |
| 7/19/2007 | Hoekman, Katherine L. | $275 | 0.30 | $82.50 | Receipt and review of District of Columbia Government et al Motion to Dismiss/Lack of Jurisdiction and District of Columbia Government et al Motion to Dismiss. |
| 7/20/2007 | Davis, Alison N. | $395 | 3.60 | $1,422.00 | Continue to prepare supplemental brief in support of motion to dismiss. |
| 7/23/2007 | Davis, Alison N. | $395 | 1.50 | $592.50 | Analysis of declaratory judgment and restraining order forms of relief. |
| 7/23/2007 | Hoekman, Katherine L. | $275 | 8.40 | $2,310.00 | Research of civil conspiracy to breach a collective bargaining agreement (2.7); research of standard for pleading civil conspiracy (2.5); research of standard for pleading breach of contract and collective bargaining agreement and whether DC recognizes a breach of a collective bargaining agreement claim (3.2). |

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 7/24/2007 | Hoekman, Katherine L. | $275 | 8.20 | $2,255.00 | Research of elements and standard for restraining order (1.4); outline supplemental memorandum in support of Concentra's motion to dismiss (1.6); continue research of civil conspiracy to breach a collective bargaining agreement (1.9); continue research of standard for pleading civil conspiracy (1.4); continue research of standard for pleading breach of contract and collective bargaining agreement and whether DC recognizes a breach of a collective bargaining agreement claim (1.9). |
| 7/25/2007 | Davis, Alison N. | $395 | 1.10 | $434.50 | Review and revising supplemental briefing relating to motion to dismiss. |
| 7/25/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Review of Teamsters' motion to dismiss. |
| 7/25/2007 | Hoekman, Katherine L. | $275 | 7.10 | $1,952.50 | Draft supplemental memorandum in support of Concentra's motion to dismiss (4.5); revise supplemental memorandum in support of Concentra's motion to dismiss (2.3); draft supplemental motion to dismiss (0.3). |
| 7/27/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Finalizing and filing supplemental memorandum in support of motion to dismiss. |
| 7/27/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Review of co-defendants' motions to dismiss. |
| 7/27/2007 | Hoekman, Katherine L. | $275 | 6.80 | $1,870.00 | Finalize and file supplemental memorandum in support of Concentra's motion to dismiss (6.2); finalize supplemental motion to dismiss (0.3); file supplemental memorandum in support of Concentra's motion to dismiss and supplemental motion to dismiss (0.3). |
| 8/2/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Updating client via e-mail communication regarding court's August 1 minute entry order setting briefing schedule for oppositions and replies to motions to dismiss. |
| 8/9/2007 | Davis, Alison N. | $395 | 2.20 | $869.00 | Review and revising reply to plaintiffs' response to motion for partial dismissal. |
| 9/5/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Analysis of union co-defendant's motion for sanctions. |
| 9/6/2007 | Davis, Alison N. | $395 | 1.00 | $395.00 | Analysis of Plaintiffs' oppositions to motions to dismiss amended Complaint. |
| 9/6/2007 | Davis, Alison N. | $395 | 1.00 | $395.00 | Development of litigation strategy. |
| 9/7/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Development of litigation strategy relating to sanctions. |
| 9/10/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Telephone call with J. Butler regarding voluntary dismissal. |

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 9/10/2007 | Davis, Alison N. | $395 | 1.50 | $592.50 | Drafting motion for Rule 11 sanctions and memorandum in support thereof. |
| 9/11/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Telephone call with J. Butler's office regarding meeting to discuss claims against Concentra. |
| 9/11/2007 | Davis, Alison N. | $395 | 4.00 | $1,580.00 | Continue to draft memorandum in support of motion for Rule 11 sanctions. |
| 9/12/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Telephone call with J. Butler regarding legal basis for claims against Concentra. |
| 9/12/2007 | Davis, Alison N. | $395 | 0.20 | $79.00 | Drafting e-mail update to client regarding discussions with J. Butler. |
| 9/12/2007 | Davis, Alison N. | $395 | 4.50 | $1,777.50 | Continue to draft memorandum in support of motion for Rule 11 sanctions. |
| 9/21/2007 | Davis, Alison N. | $395 | 3.70 | $1,461.50 | Drafting reply to opposition to motion to dismiss. |
| 9/24/2007 | Davis, Alison N. | $395 | 2.70 | $1,066.50 | Review and revising reply to plaintiffs' opposition to motion to dismiss. |
| 9/26/2007 | Davis, Alison N. | $395 | 1.60 | $632.00 | Review and revising reply to opposition to motion to dismiss. |
| 9/27/2007 | Davis, Alison N. | $395 | 1.90 | $750.50 | Revising reply to plaintiffs' opposition to motion to dismiss. |
| 9/28/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Review of co-defendants' replies to plaintiffs' oppositions to motions to dismiss. |
| 10/1/2007 | Davis, Alison N. | $395 | 0.50 | $197.50 | Review of co-defendant's replies to plaintiffs' oppositions to motions to dismiss and notice of failure to respond to motion for sanctions. |
| 10/19/07 | Davis, Alison N. | $395 | 0.80 | $316.00 | Finalizing and filing motion for sanctions; updating client via e-mail regarding filing of motion for sanctions. |
| 10/29/07 | Davis, Alison N. | $395 | 0.50 | $197.50 | Responding to client's request for litigation plan and budget. |
| 10/30/07 | Davis, Alison N. | $395 | 0.20 | $79.00 | Telephone call with client regarding litigation plan and group budget. |
| 10/31/07 | Davis, Alison N. | $395 | 2.50 | $987.50 | Continue to prepare budget and litigation plan; e-mail communications to and from client regarding same. |
| 12/4/2007 | Davis, Alison N. | $395 | 1.70 | $671.50 | Review of plaintiffs' opposition to motion for Rule 11 sanctions. |
| 12/4/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | E-mail communications to and from client regarding reply to plaintiffs' opposition to motion for Rule 11 sanctions. |

| Date | TKPR Name | Hourly Rate | Billed Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 12/6/2007 | Davis, Alison N. | $395 | 0.30 | $118.50 | Review of AFGE's reply to plaintiff's opposition to motion for sanctions. |
| 12/10/07 | Davis, Alison N. | $395 | 3.20 | $1,264.00 | Drafting reply to plaintiffs' opposition to motion for sanctions. |
| 12/12/07 | Davis, Alison N. | $395 | 4.80 | $1,896.00 | Finalizing and submitting reply to plaintiff's opposition to motion for sanctions. |
| 12/14/07 | Davis, Alison N. | $395 | 0.30 | $118.50 | Review of plaintiff's errata filing relating to opposition to motion for sanctions. |
| 12/14/07 | Davis, Alison N. | $395 | 0.20 | $79.00 | Drafting e-mail to client to update regarding errata filing. |
| 12/31/07 | Davis, Alison N. | $395 | 0.30 | $118.50 | Review of memorandum opinion and order regarding motion to dismiss and sanctions. |
| 1/2/2008 | Davis, Alison N. | $405 | 0.30 | $121.50 | Receiving and responding to e-mails from client regarding order dismissing claims and granting motion for sanctions. |
| 1/14/2008 | Davis, Alison N. | $405 | 1.00 | $405.00 | Preparation of affidavit in support of request for attorneys' fees and costs;review time entries for reasonableness and necessity for motions to dismiss and for sanctions. |
| 1/15/2008 | Davis, Alison N. | $405 | 0.50 | $202.50 | Continue to prepare affidavit in support of request for attorneys' fees and costs. |
| 1/16/2008 | Davis, Alison N. | $405 | 0.20 | $81.00 | Revise and edit time thru 1/16/08;review expense report. |
| 1/16/2008 | Davis, Alison N. | $405 | 3.00 | $1,215.00 | Finalize and file affidavit in support of request for attorneys' fees and costs, including exhibits. |

# EXHIBIT B

| Date | Bill Num | Bill Amount | Narrative |
|---|---|---|---|
| 06/14/07 | 319392 | $5.60 | Photocopies for the month of 06/07 |
| 06/14/07 | 319392 | $36.80 | Photocopies for the month of 06/07 |
| 06/18/07 | 319392 | $1.20 | Photocopies for the month of 06/07 |
| 07/03/07 | 321100 | $3.50 | Photocopies for the month of 07/07 |
| 07/03/07 | 321100 | $0.50 | Photocopies for the month of 07/07 |
| 08/13/07 | 321100 | $2.60 | Photocopies for the month of 08/07 |
| 08/21/07 | 321100 | $25.20 | Photocopies for the month of 08/07 |
| 08/27/07 | 321100 | $1.40 | Photocopies for the month of 08/07 |
| 09/14/07 | 324075 | $1.80 | Photocopies for the month of 09/07 |
| 09/30/07 | 328764 | $6.87 | Washington Express, from F&H to Butler Legal Group - 09/21/07. |
| 09/14/07 | 328764 | $1.80 | Photocopies for the month of 09/07 |
| 10/19/07 | 328764 | $64.40 | Photocopies for the month of 10/07 |
| 11/13/07 | 333681 | $7.90 | Photocopies for the month of 11/07 |
| 11/13/07 | 333681 | $1.00 | Photocopies for the month of 11/07 |