UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS, *et al.*

   Plaintiffs,

    v.

DISTRICT OF COLUMBIA, *et al.*

   Defendants.

Civil Action No. 07-252 (CKK)

**ORDER**
(April 22, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 22nd day of April, 2008, hereby

**ORDERED** that Plaintiffs' [88] motion to strike and motion for oral hearing is DENIED-IN-PART, insofar as it seeks reconsideration of the Court's grant of sanctions, and argues that Concentra may not recover fees for work done by Ms. Hoekman or incurred in connection with its motion for dismissal on grounds other than Rule 12(b)(5); it is further

**ORDERED** that Plaintiffs' request for an oral hearing and general arguments regarding the reasonableness and necessity of Concentra's request for fees and costs are referred to Magistrate Judge John M. Facciola for a determination of the proper sanctions award, pursuant to Local Civil Rule 72.2(a). The Clerk's office is hereby directed to issue a Form 299 referring the issue of the proper sanctions award to Magistrate Judge Facciola.

**SO ORDERED**.

                                              /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge