REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | 42:1983 Civil Rights (Employment Discrimination) | | | |
|---|---|---|---|---|
| CASE NO:<br>07cv252 | DATE REFERRED:<br>April 22, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Concentra's request for fees and costs | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>John Facciola |

| PLAINTIFF(S):<br>EDNA MCMANUS, ET AL | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, ET AL |
|---|---|

ENTRIES:

for a determination of the proper sanctions award, pursuant to Local Civil Rule 72.2(a).