# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7023**                                              **September Term 2007**

07cv00252

**Filed On: May 21, 2008** [1117645]

Edna McManus, et al.,

    Appellants

    v.

District of Columbia Government, et al.,

    Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/12/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

### O R D E R

    By order filed April 17, 2008, directing appellants to file their answer to the order to show cause, by May 19, 2008. The order was sent to counsel for appellants by certified mail, return receipt requested, and by first class mail. To date, appellants have not complied with the Court's order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case by June 20, 2008.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

           BY:   /s/
                   Elizabeth V. Scott
                   Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk